April 18, 2008

Mr. James C. Fling
Adkins & Fling
901 South Main Street
Shamrock, TX 79079
Mr. Trevor Allen Woodruff
Texas Department of Family and Protective Services
P.O. Box 149030 MC-Y-956
Austin, TX 78714

RE: Case Number: 07-1068
 Court of Appeals Number: 07-07-00032-CV
 Trial Court Number: 6951

Style: IN THE INTEREST OF K.C.B., A CHILD

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. The Motion to Request
Trial Transcript is denied.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. John Holman |
| |Weigel |
| |Mr. Dale A. Rabe Jr.|
| | |
| |Ms. Peggy Culp |
| |Ms. Jackie Johnson |
| |Mr. Robert Finney |